Civil Court of the City of New York
County of Bronx

**102257717**
**LEGL**

-------------------------------------------------------X

2524 LLC,

                              **Plaintiff - Judgment Creditor,**

       **-against-**

Rosario Batista

████-6624

                         **Defendant(s) - Judgment Debtor(s).**

**INFORMATION
SUBPOENA WITH
RESTRAINING NOTICE**

Re: Rosario Batista

File No.   11522
Index No. L&T 48300/09

-------------------------------------------------------X

## THE PEOPLE OF THE STATE OF NEW YORK

TO:   WELLS FARGO BANK
       Levy & Court Orders, MACK D1111-01A PO BOX 1416

       CHARLOTTE, NC  28201
       Account Holds and Levies
          RE:  2524 LLC  v  Rosario Batista

       WHEREAS, there is an action in the above entitled Court, between the above named Plaintiff and Defendant who are all the parties named in said action, and a Judgment, which was entered on 11/09/2009 in favor of the Plaintiff, 2524 LLC against the Defendant(s) Rosario Batista, in the total amount of $3,783.24 of which $3,783.24, together with interest thereon from the date of entry remains due and unpaid.

       WHEREAS, it appears that you may be in possession or custody of property which Judgment Debtor has an interest.

       NOW THEREFORE, YOU ARE HEREBY COMMANDED, to furnish to the undersigned, in writing under oath, separate, complete and full answers to each written question on the questionnaire accompanying this Subpoena, and each answer referring to the questions to which it responds must be clearly noted; YOU MUST RETURN THE ANSWERS TOGETHER WITH THE ORIGINAL QUESTIONNAIRE WITHIN SEVEN (7) DAYS, after your receipt of this Subpoena.

### RESTRAINING NOTICE

       PLEASE TAKE NOTICE, that pursuant to subdivision (b) of Section 5222 of the CPLR which is set forth in full herein, you are hereby forbidden to make or suffer any sale, assignment or transfer of, interference with any property in which you have an interest, except as therein provided And that this notice also covers all property in which the Judgment Debtor has an interest hereinafter coming into your possession or custody, and all debts hereafter coming due from you to the Judgment Debtor.

### CIVIL PRACTICE LAW AND RULES

Section 5222(b) Effect of restrain, prohibition of transfer, duration. A judgment debtor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he has an interest, except upon direction of the sheriff or pursuant to an order of the Court, until the Judgment is satisfied or vacated. A restraining notice served upon a person other than the Judgment Debtor is effective only if, at the time of service, he owes a debt to the Judgment Debtor or he is in possession or custody of property in which he knows or has reason to believe the Judgment Debtor has an interest, or if the judgment creditor has stated in the notice that a specified debt is owed by the person served to the judgment debtor or that the judgment debtor has an interest in specified property in the possession or custody of the person served, all property in which the judgment debtor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor, shall be subject to the notice, such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interest with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff, except upon direction of the sheriff or pursuant to an order of the Court, until the expiration of one year after the notice is served upon him or until the judgment is satisfied or vacated, whichever event first occurs. A judgment creditor who has a specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment debtor, for any damages sustained by reason of the restrain. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment debtor in an amount equal to twice the amount due on the judgment, the restraining notice is not effective as to other property or money.

Funds Defined as "exempt" or otherwise excluded under applicable law must not be restrained under this notice. If you have any questions regarding such funds, refer to the attached information subpoena, or contact your attorney or the undersigned.
PLEASE TAKE FURTHER NOTICE, that false swearing or failure to comply with this Subpoena and Restraining Notice is punishable as a Contempt of Court.

Date: 10/19/2017

RESPONSE IS ONLY REQUIRED IF JUDGMENT DEBTOR(S) HAS
EVER HAD A RELATIONSHIP WITH YOUR INSTITUTION

Gary Kavulich, Esq.
181 Westchester Avenue, Suite 500C
Port Chester, NY 10573
(914) 355-2074

*Composite
Exhibit "A"*

State of NC, county of Mecklenburg

Legal Specialist          **N HUNTER**   Being duly sworn deposes and says; that deponent is the
_____ of Recipient of an information subpoena herein and of the original and a copy
of questions accompanying said subpoena. The answers set forth below are made from information
obtained from the records of the recipient.

Q. No.1   As to each such account, what is the exact title of the account, the date opened,
amounts presently on deposit; if closed, the amount on deposit when closed and the date closed?

| Title | Date Opened | Amount on Deposit | Date Closed |
|---|---|---|---|
| ▓▓▓▓▓ OPENED 11/3/14 ROSARIO BATISTA BAL: $1,269.79 | | ▓▓▓▓▓ OPENED 11/3/14 ROSARIO BATISTA BAL: $2,355.34 | |

Q. No.2   What is the debtor's name, Social Security and Date of Birth as listed in your records
?   (Also joint account holder, if applicable)

| Name | SS# | Date of Birth |
|---|---|---|
| | | ROSARIO BATISTA SSN/TID: NO ▓▓▓▓▓ DOB: ▓▓▓▓▓ |

Q. No 3 What is the debtor's place of business including name, address and telephone number as
listed in your records?

EMPLOYER  discovery senior living
BUS. PHONE 2▓▓▓▓▓▓▓▓
ADDRESS: N/A

Q. No. 4  Does debtor have automatic credits (paychecks, social security, etc.) deposited to
any accounts.  If yes from where (including name and address)

AUREON HR I, INC PAYROL
ADDRESS: N/A

Q. No. 5  What is debtor's home address and home telephone number

643 NE 6TH PL
CAPE CORAL FL 33909-2033
HOME PHONE ▓▓▓▓▓

Q. No. 6   IS ACCOUNT RESTRAINED?          YES   or   (NO)  (circle one)?

WELLS FARGO BANK N.A.
A search of our records indicate the following:
_____ NO ACCOUNTS
✓ NO FUNDS
_____ ACCOUNT CLOSED
_____ FUNDS HELD

Sworn to before me this          day of          20

_____     _____/_____
                                    Authorized Signature    Date

Signature - Print or type Beneath          Gary Kavulich, Esq.
Attorney(s) for the Judgment Creditor      181 Westchester Avenue, Suite 500C
Post Office Address:                       Port Chester, NY 10573
                                           (914) 355-2074

* Excerpt from CPLR 5224 (a) 3. "Answers shall be made in writing under oath by the person upon whom service, if an
individual, or by an Officer director, agent or employee having information if a corporation, partnership or sole
proprietorship. Each question shall be answered separately and fully and each answer shall refer to the question to
which it responds.  Answers shall be returned together with the original of the questions within seven days after
receipt."
I HEREBY CERTIFY THAT THIS INFORMATION SUBPOENA COMPLIES WITH RULE 5224 OF THE CIVIL PRACTICE LAW AND
RULES SECTION 601 OF THE GENERAL BUSINESS LAW THAT I HAVE A REASONABLE BELIEF THAT THE PARTY RECEIVING
THIS SUBPOENA HAS IN THEIR POSSESSION INFORMATION ABOUT THE DEBTOR THAT WILL ASSIST THE CREDITOR IN
COLLECTING THE JUDGMENT







**WELLS FARGO**

Legal Order Processing D1111-01A
P.O. Box 1416
Charlotte, NC 28262

November 1, 2017

ROSARIO BATISTA
643 NE 6TH PL
CAPE CORAL FL 33909-2033

Subject:  Required withdrawal from your account ending in 8233
Wells Fargo case number: ▓▓▓▓▓▓▓

Dear ROSARIO BATISTA:

We want to let you know that on October 30, 2017, Wells Fargo was served with the enclosed legal order, in the amount of $3,783.24, which requires us by law to deduct money from your account. As a result, we withdrew $0.00 from your account on October 30, 2017 and charged a non-refundable processing fee of $27.34.  Please be aware we may withdraw money in the future in response to the legal order.

| Account Number | Debit Amount | Bank Fee |
|---|---|---|
| XXXXXXX8233 | $0.00 | $27.34 |

If you would like more information about the enclosed legal order, please contact:

Kavulich & Associates
(914) 355-2074
Case No:4830009

If you have questions about your account, please call Wells Fargo Customer Service at (800) 344-8170, 24 hours a day, 7 days a week.

Thank you.

Sincerely,

*Joe Medina*

Operations Manager
Legal Order Processing

 Gmail

**Rosario Batista <rbatista219@gmail.com>**

---

## FILE NO 11522-ROSARIO BATISTA
1 message

---

**Rosario Batista ◄**━━━━━━━━**►**                                            Mon, Nov 6, 2017 at 12:17 PM
To: gkavulich@kavulichandassociates.com

Dear Mr. Kavulich,

Hope you can assist in verifying the following situation, my account was debited on 10/30 & 10/31, when I reached out to my bank I was given your firm information.The first initial contact to your firm was when I call with provided information from my financial institution on Wednesday, November 2nd @ 4:28 pm, when I notice the two debit transaction from my account.

I need verifiable proof of supporting document of alleged debt owe from 2009 from a landlord. When I called your firm it was mention an address, which I have never lived at the address indicated within your claim. Can you please forward documentation from original debtor.

Thank you in advance for your assistance with this matter for file no 11522.

Kind Regards,

Rosario Batista

**Scott Stamatakis**

| | |
|---|---|
| **From:** | Stamatakis + Thalji + Bonanno |
| **Sent:** | Wednesday, November 22, 2017 1:24 PM |
| **To:** | 'GKavulich@kavulichandassociates.com'; Gary Cruz |
| **Cc:** | Rosario Batista |
| **Subject:** | L17-1232-RE: File # 11522 case's court summary-Rosario Batista |
| **Attachments:** | 11522_2371.pdf; Exemption Claim Form.pdf; Garnishment letter send to my JOB 11.22.17.pdf |

Apparently you are proceeding forward despite my prior request for debt verification which still has not been responded too.  I understand that you are now contacting my client's employer directly as attached.  First of all, I believe you may have to wrong debtor and second of all, you are using both deceptive and illegal collection means.  You have not domesticated your judgment in Florida and your subpoenas has no jurisdiction here.  I have also verified that you are not licensed to practice law in Florida, nor are you a registered debt collection agency in Florida.  Still, despite all this, you are now jeopardizing my client's job and causing her great emotional distress.  I am putting you on notice again about your wrongful conduct while we prepare a complaint for various debt collection violation and we will seek punitive damages because of your insistence on pursing this in the manner you are pursuing it.  My advice to you right now would be to cease all collection attempts.  Furthermore, we will be filing a complaint against your law practice and your client next week in the Middle District of Florida to seek statutory and actual damages as well as punitive damages.  In lieu of such complaint, I will give you one opportunity to settle this presuit for $15,000 and your client's agreement to cease all further collection attempts going forward.  This offer will remain open until 5:00PM on 11/25/17 at which time it is withdrawn if not accepted in writing prior to then.  I will also fax this to (914) 355-2078.

Sincerely,
Scott D. Stamatakis, Esq., Attorney at Law
STAMATAKIS + THALJI + BONANNO
8751 North Himes Avenue
Tampa, Florida 33614
Tel:  813-282-9330
Fax: 813-282-8648
Toll: 866-479-6946
Email:StamatakisThaljiBonanno@MYINJURY.com
Web:www.MYFORECLOSUREATTORNEY.com
Web:www.MYINJURY.com
Facebook Page
Find Law

This communication is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the listed communication address. Thank you.

**From:** Stamatakis + Thalji + Bonanno
**Sent:** Tuesday, November 14, 2017 12:41 PM
**To:** Gary Cruz <gcruz@kavulichandassociates.com>
**Cc:** Rosario Batista ▇▇▇▇▇▇▇▇▇▇▇▇
**Subject:** RE: File # 11522 case's court summary-Rosario Batista

To Whom It May Concern:

This letter is being sent to you in response to the above-referenced matter. This correspondence is a notice of representation and a request to cease all further communication with the consumer listed above in accordance with the <u>Fair Debt Collection Practices Act</u>, 15 USC 1692(c)(c). This email is also a notice sent pursuant to the <u>Fair Debt Collection Practices Act</u>, 15 USC 1692(g)(b) that your claim is disputed and validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title and Section. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

Pursuant to 15 USC 1692(g)(b), please provide me with copies of any of the following:
- Verification of the alleged debt or copy of any alleged judgment
- The name and address of the original creditor

Please also provide me with copies of the following documents:
- Agreement with your client that grants you the authority to collect on this alleged debt
- Agreement that bears the signature of the alleged debtor wherein he/she agreed to pay the creditor
- Any insurance claims been made by any creditor regarding this account
- Name on file of alleged debtor
- Alleged account number
- Address on file for alleged debtor
- Amount of alleged debt
- Date this alleged debt became payable
- Date of original charge off or delinquency
- Verification that this debt was assigned or sold to collector
- Complete accounting of alleged debt
- Commission for debt collector if collection efforts are successful.
- Provide me with your license numbers to collect in my state

At this time I will also inform you that if your offices have reported invalidated information to any of the 3 major Credit Bureau's (Equifax, Experian or TransUnion) this action might constitute fraud under both Federal and State Laws. Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent I will not hesitate in bringing legal action against you for the following:

- Violation of the Fair Credit Reporting Act
- Violation of the Fair Debt Collection Practices Act
- Defamation of Character
- If your offices are able to provide the proper documentation as requested in the following Declaration, I will require at least 30 days to investigate this information and during such time all collection activity must cease and desist.

Also during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes any listing any information to a credit reporting repository that could be inaccurate or invalidated or verifying an account as accurate when in fact there is no provided proof that it is.

If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

It would be advisable that you assure that your records are in order before I am forced to take legal action. This is an attempt to correct your records, any information obtained shall be used for that purpose.

Any response to this request must be in writing and sent to the address noted in this letter below by USPS.

Response Mailing Address:
PO Box 341499
Tampa, Florida 33694

Should you have any questions or comments regarding this matter, you may reach me at the number listed above. Thanks and have a pleasant day.

Please govern yourself accordingly.

Sincerely,
Scott D. Stamatakis, Esq., Attorney at Law
STAMATAKIS + THALJI + BONANNO
8751 North Himes Avenue
Tampa, Florida 33614
Tel: 813-282-9330
Fax: 813-282-8648
Toll: 866-479-6946
Email:StamatakisThaljiBonanno@MYINJURY.com
www.WeSueRoboCallers.com
www.ReviewMyCollectionLetter.com
Facebook Page
Find Law

This communication is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the listed communication address. Thank you.

**From:** Rosario Batista [mailto:█████████████]
**Sent:** Wednesday, November 08, 2017 12:18 PM
**To:** Gary Cruz <gcruz@kavulichandassociates.com>
**Subject:** Re: File # 11522 case's court summary

# Good Morning Gary,

I see the court history documented but do you have original supporting document that have my signature or ID presented.
I never lived there or went to court those date indicated I was living in Florida.


Kind Regards,
Rosario Batista

On Wed, Nov 8, 2017 at 12:55 PM, Gary Cruz <gcruz@kavulichandassociates.com> wrote:

Good morning Rosario,

   As you had been requiring in our previous phone conversations, attached you will find a copy of the history of your case, that court have been following since 2009. In case of any question, please feel free to contact us again.

Greetings

--
Gary Cruz
Kavulich and Associates
181 Westchester Avenue, Suite 500C
Port Chester, NY 10573
Ph: (914)-355-2074
Fax: (914)-355-2078


The information transmitted by this electronic mail (and any attachments) is being sent by or on behalf of a lawyer; it is intended for the exclusive use of the addressee named above and may constitute information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the addressee or any employee or agent responsible for delivering this message to same, you are not authorized to retain, read, copy or disseminate this electronic mail (or any attachments) in error, please reply to this e-mail and send written confirmation that same has been deleted from your system.

Thank you.

## CASE SUMMARY

**Court:** Bronx County Civil Court
**Index Number:** LT-048300-09/BX

**Petitioner(s):** 2524 LLC

*11522*

**vs.**

**Case Type:** Landlord and Tenant
**Filed Date:** 08/31/2009
**Property Type:** Residential
**Classification:** Non-Payment
**Status:** Post-Disposition

**Respondent(s):** ROSARIO BATISTA

**Disposed Date:** 12/22/2009
**Disposed Reason:** Conversion

**Cause(s) of Action:**   Non-Payment in the amount of $2,916.62

**Property Address(es):** 2526 BRONX PARK EAST 5B, BRONX, NY 10467, Additional Property Description: 5B

**(P)   2524 LLC**
JAYSON BLAU, ESQ. - 5600A BROADWAY, BRONX, NY 10463, 718-432-6010

**(R)   ROSARIO BATISTA** - 2526 BRONX PARK EAST 5B, BRONX, NY 10467

## PAPERS RECORDED

| | |
|---|---|
| 08/31/2009 | Conversion - Petition - Notice of Petition |
| 09/18/2009 | Conversion - Answer Filed (Self Represented), Oral, Filed By: (R) ROSARIO BATISTA |
| 10/21/2009 | Motion (Order to Show Cause), Seq 1, Filed By: (R) ROSARIO BATISTA, Relief: Vacate judgment (WITHDRAWN), Status: Filed |
| 10/23/2009 | Motion (General), Seq 2, Court Date(s): 12/22/2009; 12/03/2009; 11/09/2009, Filed By: (P) 2524 LLC, Relief: other (RESTORE TO CALENDAR JUDGMENT OF POSSESSION), Status: Decided (12/22/2009, [Conversion], Eardell J. Rashford) |
| 12/03/2009 | Motion (Order to Show Cause), Seq 3, Court Date(s): 12/22/2009; 12/17/2009, Filed By: (R) ROSARIO BATISTA, Relief: Vacate judgment, Status: Decided (12/22/2009, [Conversion], Eardell J. Rashford) |
| 12/22/2009 | Judgment with Possession (Failure to Appear), Seq 1, Filed Date: 12/22/2009, Total Judgment: $3,783.24, Entered Date: 12/22/2009, Status: Stayed (12/27/2009), Creditor(s): (P) 2524 LLC, Debtor(s): (R) ROSARIO BATISTA |
| 12/22/2009 | Conversion - Judgment Entered |
| 12/28/2009 | Motion (Order to Show Cause), Seq 4, Filed By: (R) ROSARIO BATISTA, Relief: Vacate judgment, Status: Decided (Denied) |
| 01/06/2010 | Marshal's Request for Warrant - Converted - Marshal Request, Reviewed Date: 01/13/2010, Enforcement Agency: NYC Marshal, Enforcement Officer: THOMAS J BIA |
| 01/06/2010 | Warrant (Original Issuance), Seq A, Judgment Seq 1, Ordering Judge: Eardell J. Rashford, Issued/Signed Date: 01/13/2010, Execution: Stayed - |

This report reflects information recorded as of 11/08/2017 10:54 AM. Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.

11/08/2017 11:18AM FAX

00001/0002

11/08/2017 11:17AM FAX        ☑0002/0002

LT-048300-09/BX   (P) 2524 LLC vs. (R) ROSARIO BATISTA

Per Stipulation/Order, Enforcement Agency:NYC Marshal, Enforcement Officer: THOMAS J BIA, Returned Date: 02/22/2010, Returned
Reason: Executed with Possession Only, Execution Date: 02/05/2010

## APPEARANCE ACTIVITY

| Date | Activity |
|------|----------|
| 09/25/2009 | Part J, Judge: Deighton S. Waithe, Purpose: For All Purposes, Outcome(s): Settle Per Stipulation |
| 11/09/2009 | Part J, Judge: Eardell J. Rashford, Purpose: Motion (2) - other, Outcome(s): Adjourned: 12/03/2009 |
| 12/03/2009 | Part J, Judge: Eardell J. Rashford, Purpose: Motion (2) - other, Outcome(s): Adjourned: 12/22/2009 |
| 12/17/2009 | Part J, Judge: Eardell J. Rashford, Purpose: Motion (3) - Vacate judgment, Outcome(s): Adjourned: 12/22/2009 |
| 12/22/2009 | Part J, Judge: Eardell J. Rashford, Purpose: Motion (3) - Vacate judgment, Outcome(s): [Conversion] |
| 12/22/2009 | Part J, Judge: Eardell J. Rashford, Purpose: Motion (2) - other, Outcome(s): [Conversion] |

This report reflects information recorded as of 11/08/2017 10:54 A.M. Users should verify the accuracy of information by consulting original court records or
sources. The Unified Court System is not responsible for consequential use of this data.

Civil Court of the City of New York
County of Bronx

--------------------------------------------------------------------------X

2524 LLC,                                                    **INFORMATION**
                                                             **SUBPOENA**

                                    Plaintiff - Judgment Creditor,

                        -against-

Rosario Batista                                              Index No. L&T 48300/09
████████6624                                                File No.  11522

                                    Defendant(s) - Judgment Debtor(s).

--------------------------------------------------------------------------X

RE: Rosario Batista, JUDGMENT DEBTOR

To:     Discover Senior Living
        27599 Riverview Center Blvd., Suite 201
        Bonita Springs, FL  34134
        Attn: Payroll Department

GREETING:

WHEREAS, IN AN ACTION IN THE CIVIL COURT OF THE CITY OF NEW YORK COUNTY OF NEW YORK
BETWEEN: 2524 LLC, AS PLAINTIFF(S) AND Rosario Batista, AS DEFENDANT(S) WHO ARE ALL THE PARTIES
NAMED IN SAID ACTION, A JUDGMENT WAS ENTERED ON 11/09/2009 IN FAVOR OF 2524 LLC, JUDGMENT
CREDITOR AND AGAINST Rosario Batista,  JUDGMENT  DEBTOR(S) WHOSE LAST KNOWN ADDRESS IS 945 East
174th Street, Apt 101, Bronx, NY  10460 IN THE AMOUNT OF $3,783.24 INCLUDING COSTS, OF WHICH $3,783.24
TOGETHER WITH INTEREST THEREON FROM 11/09/2009 REMAINS DUE AND UNPAID ; AND WHEREAS, THE
PERSON TO WHOM THIS SUBPOENA IS DIRECTED;(RESIDES);(IS REGULARLY EMPLOYED);(HAS AN OFFICE
FOR THE REGULAR TRANSACTION OF BUSINESS IN PERSON); IN NOW, THEREFORE WE COMMAND YOU, THAT
YOU ANSWER IN WRITING UNDER OATH, SEPARATELY AND FULLY, *EACH QUESTION* IN THE QUESTIONNAIRE
ACCOMPANYING THIS SUBPOENA, EACH ANSWER REFERRING TO THE QUESTION TO WHICH IT
CORRESPONDS; AND THAT YOU RETURN THE ANSWERS TOGETHER WITH THE ORIGINAL OF THE QUESTIONS
*WITHIN 7 DAYS* AFTER YOUR RECEIPT OF THE QUESTIONS AND THIS SUBPOENA.  TAKE NOTICE THAT FALSE
SWEARING OR FAILURE TO COMPLY WITH THIS SUBPOENA IS PUNISHABLE AS A CONTEMPT OF COURT.

   **UPON CONDITON THAT THE SIGNED NOTARIZED
   RESPONSE TO THIS SUBPOENA IS RECEIVED
   WITHIN SEVEN (7) DAYS, SAID RESPONSE MAY BE
   FAXED TO (914) 355-2078 OR EMAILED TO
   KAVULICH@KAVULICHANDASSOCIATES.COM**

                                              Gary Kavulich, Esq.
                                              Kavulich & Associates, P.C.
                                              181 Westchester Avenue, Suite 500C
                                              Port Chester, NY 10573
                                              (914) 355-2074

DATED 11/09/2017

Civil Court of the City of New York
County of Bronx
------------------------------------------------------------------X

2524 LLC

**QUESTIONS AND ANSWERS AGAINST IN CONNECTION WITH INFORMATION SUBPOENA**

Plaintiff - Judgment Creditor,

-against-

Rosario Batista
~~-6624~~

Index No. L&T 48300/09
File No. 11522
Discover Senior Living

Defendant(s)- Judgment

Debtor(s).
------------------------------------------------------------------X

RE: Rosario Batista, JUDGMENT DEBTOR
CITY OF NEW YORK, County of Bronx

_____, BEING DULY SWORN, DEPOSES AND SAYS: THAT THE DEPONENT IS THE _____ OF _____, RECIPIENT OF AN INFORMATION SUBPOENA HEREIN AND OF THE ORIGINAL AND A COPY OF QUESTIONS ACCOMPANYING SAID SUBPOENA. THE ANSWERS SET FORTH BELOW ARE MADE FROM INFORMATION OBTAINED FROM RECORDS OF THE RECIPIENT.

1. Name as listed in your records?

2. Social Security Number?                         Date of Birth?

3. Full home address and home phone number, including area code?

4. Name and address of facility where defendant is/was employed.

5. Name and address of company payroll for garnishments.

6. Department? Position? Salary? Is Salary Attached? Currently employed? YES or NO (circle one) PART TIME
   If No Separation Date:

7. Is/was defendant on direct payment? If yes, name and address of financial institution along w/account#, ABA# and any other number that was required for the transaction.

8. Is defendant a member of a union? If yes, name, address and phone number of union along w/defendant's union id #.

_____
Deponent's Signature

SWORN TO BEFORE ME THIS DAY OF
_____, 20___.

_____
NOTARY PUBLIC

I hereby certify that this information subpoena complies with rule 5224 of the Civil Practice Law and Rules and that I have a reasonable belief that the party receiving this subpoena has in their possession information about the debtor that will assist the creditor in collecting the judgment

Gary Kavulich, Esq.
181 Westchester Avenue, Suite 500C
Port Chester, NY 10573
Phone (914) 355-2074 Fax (914) 355-2078



# NEW YORK CITY MARSHAL
## Stephen W. Biegel

109 West 38th Street, Suite 200 • New York, NY 10018
Phone: (212) MARSHAL (627-7425) • Fax: (212) 398-2000
NYC@MarshalBiegel.com • www.NewYorkCityMarshal.com

November 10, 2017

AUREON HR I, INC.
ATTN: PAYROLL/GARNISHMENT
7760 OFFICE PLAZA
DRIVE SOUTH
WEST DES MOINES IA 50266

**RECEIVED**
**NOV 14 2017**

**JUDGMENT CREDITOR**
2524 LLC                                  BY:_____
                          VS
ROSARIO BATISTA

**JUDGMENT DEBTOR**

## INCOME EXECUTION - NOTICE OF LEVY PURSUANT TO SEC. 5231 OF THE CPLR

Please take notice that the enclosed Income Execution is a levy on the salary, wages, earnings, commissions, etc of the Judgment Debtor (your employee) and that you are required to immediately deduct and remit 10% of the debtor's gross salary, wages, earnings, commissions, etc.

Keep the Income Execution for your files. If there is a prior Income Execution against the Judgment Debtor, keep this one on file until completion of the prior and then start remitting on this Income Execution. If the employee resigns and later is rehired, the Income Execution is still in effect unless the Marshal advises you to the contrary in writing.

### MAKE CHECKS PAYABLE TO MARSHAL BIEGEL.
**Please include the judgment debtor's name and the docket # below to receive proper credit.**

**MARSHAL'S DOCKET # G13460**

| | |
|---|---|
| JUDGMENT .............................................. | $3,783.24 |
| STATUTORY MARSHAL FEES ...... | $20.00 |
| POUNDAGE ............................... | $327.38 |
| EXPENSE ....................................,...... | $14.06 |
| FILING FEE ...............................$0.00 | |
| INTEREST TO DATE.................... | $2,730.43 |
| TOTAL....................................... | $6,875.11 |

**In addition, interest from 11/10/17, will be calculated and when payments approach completion, you will be notified of the final balance due. Please fill out and return the attached form.**

(SNDSRVSL)



# NEW YORK CITY MARSHAL
## Stephen W. Biegel
109 West 38th Street, Suite 200 • New York, NY 10018
Phone: (212) MARSHAL (627-7425) • Fax: (212) 398-2000
NYC@MarshalBiegel.com • www.NewYorkCityMarshal.com

**PLEASE FILL OUT THIS FORM, SIGN AND RETURN PROMPTLY TO THE ABOVE ADDRESS:**

**JUDGMENT CREDITOR: 2524 LLC**
**JUDGMENT DEBTOR: ROSARIO BATISTA**
**MARSHAL'S DOCKET #: G13460**

1. We will remit: ( ) Weekly (X) Every two weeks ( ) Once per month

2. You can expect the initial payment by: _12-22-17_

3. Prior Income Execution(s) on file with us as follows:

|               | Prior Number 1 | Prior Number 2 | Prior Number 3 |
|---------------|----------------|----------------|----------------|
| Marshal       |                |                |                |
| Date Received |                |                |                |
| Creditor      |                |                |                |
| Amount        |                |                |                |
| Balance       |                |                |                |

**IF THE DEBTOR IS NO LONGER EMPLOYED, PLEASE NOTIFY THE MARSHAL'S OFFICE
ON YOUR BUSINESS STATIONERY STATING THE LAST DATE OF EMPLOYMENT.**

Employer: _Aureon HR / Discovery Senior Living_

Address: _7760 Office Plaza Dr. South   West Des Moines, IA 50266-2336_

By: _Austin Siefers_

Title: _Employee Orders Specialist_

Phone: _515-348-8756_   FAX: _515-985-7084_

Email Address: _____

(SNDSRVSL)

Civil Court of the City of New York
County of Bronx

| Court Index No.  L&T 48300/09 |
| File No.        11522 |

2524 LLC,

                              Plaintiff.

            Against

Rosario Batista,

                        Defendant(s).

## INCOME EXECUTION

## The People of the State of New York

TO ANY ENFORCEMENT OFFICER, GREETING:

The following judgment was duly entered in favor of the plaintiff (judgment creditor) in the office of the clerk of the within court:

| Court of Original Entry | Entry Date | Original Amount | Amount Due | Plus Interest From |
|---|---|---|---|---|
| Civil Court of the City of New York County of Bronx | 11/09/2009 | $3,783.24 | $3,783.24 | 11/09/2009 |

The judgment was recovered against   **Rosario Batista**
And transcripted with the county clerk(s) of County of Bronx             Defendant (Judgment-Debtor)

            WHEREAS, this execution is issued against Rosario Batista         Defendant (Judgment-Debtor)
Whose last known address is:      945 East 174th Street, Apt 101, Bronx, NY 10460

and said Defendant (Judgment-Debtor) is receiving or will receive from the Employer* whose name and address is :
Aureon HR I, Inc AT 7760 Office Plaza Drive South, West Des Moines, IA 50266

| More than $ | per week, to wit $ | to be paid weekly installment of $ | each: |
| Title or position | Soc. Sec. and/ pension No. | Bureau, Office or Subdivision | Badge No |

You are directed to satisfy the judgment with interest together with your fees' and expense, out of all monies now and hereafter due and owing to the Judgment-Debtor from the Employer pursuant to CPLR % 5231 d 15 U.S.C 1671, et. seq.
**Direction to Judgment-Debtor: You are notified and commanded** within 20 days to start paying to the Enforcement Officer serving a copy of this Income Execution on you: installments amounting to 10% (but no more than the Federal limits set forth in. "Limitations on the amount that can be withheld" below) of any and all salary, wages or other income, including any and all overtime earnings, commissions or other irregular compensation received or hereafter to be received from your Employer and to continue paying such installments until the judgment with interest and the fees and expenses of this Income Execution are fully paid and satisfied, and if you fail to do so this Income Execution will be served upon the Employer by the Enforcement Officer.
**Direction to the Employer: You are commanded** to withhold and pay over to the Enforcement Officer serving a copy of this Income Execution on you: installments amounting to 10% (but no more than the Federal limits set fourth in. "Limitations on the amount that can be withheld" below) of any and all salary, wages or other income, including any and all overtime earnings, commissions or other irregular compensation now or hereafter becoming due to Judgment-Debtor until the judgment with interest and fees and expenses of this Income Execution are fully paid and satisfied.

| Dated 10/19/2017 | Gary Kavulich, Esq. Kavulich & Associates, P.C. 181 Westchester Avenue, Suite 500C Port Chester, NY 10573 (914) 355-2074 |

- "Employer" herein includes any payor of money to Judgment-Debtor.

## Important Statement

This income execution directs the withholding of up to 10 percent of the Judgment-Debtor's gross income. In certain cases, however, state or federal law does not permit the withholding of that much of the judgment debtor's gross income. The Judgment-Debtor is referred to New York Civil Practice Law and Rules % 5231 and 15 United State Code % 1671 et seq.

I.   **Limitation on the amount that can be withheld**
  A.  An income execution for installments from a judgment debtor's gross income cannot exceed ten percent (10%) of the Judgment-Debtor's gross income.
  B.  If a Judgment-Debtor' weekly disposable earnings are less than thirty (30) times the current federal minimum wage (30 x $7.25 per hour), or $217.25 *), or thirty times the state minimum wage (30 x $9.00 per hour + $270.00*) No deduction can be made from the judgment debtor's earnings under this income execution.

C. A Judgment-Debtor's weekly disposable earnings cannot be reduced below the amount arrived at by multiplying thirty (30) times the current federal minimum wage (30 x $7.25* per hour) or $217.50*), or the state minimum (30 x $9.00= $270.00) under this income execution.

D. If deductions are being made from a Judgment-Debtor's earnings under any orders for alimony, support or maintenance for family members or former spouses, and those deductions equal or exceed twenty-five percent(25%) of the Judgment-Debtor's disposable earnings, no deduction can be made from the Judgment-Debtor's earning under this income execution.

E. If deductions are being made from a Judgment-Debtor's earning under any order for alimony, support or maintenance for family members or former spouses, and those deductions are less than twenty-five percent(25%) of the judgment debtor's disposable earnings, deductions may be made from the Judgment-Debtor's earnings under this income execution. However, the amount arrived at by adding the deductions from earnings made under this execution to the deductions made from earning under any orders for alimony, support or maintenance for family members or former spouses cannot exceed twenty-five percent (25) of the Judgment-Debtor's disposable earnings.

**NOTE: Nothing in this notice limits the proportion or amount, which may be deducted under any order for alimony, support or maintenance for family members or former spouses.**

**II. Explanation of Limitations**
Definitions

Disposable Earnings -- Disposable earning are that part of an individual's earning left after deducting those amounts that are required by law to be withheld (for example, taxes, social security and unemployment insurance, but not deduction for union dues, insurance plans, etc...)

Gross Income- Gross income is salary, wages or other income, including any and all overtime earnings, commissions, and income from trusts, before any deductions are made from such income.

Illustrations regarding earnings

**If disposable earnings is:**

| | |
|---|---|
| (a) 30 times federal minimum wage ($262.50*) or less. | **Amount to pay or deduct from earning under this income execution is:** No payment or deduction allowed |
| (b) More than 30 times federal minimum Wage ($262.50*) and less than 40 times federal minimum wage ($350.00*) | The less of: the excess over 30 times the federal minimum wage ($262.50*) in disposable earnings, or 10% of gross earnings. |
| (c) 40 times the federal minimum wage ($350.00*) or more | The less of: 25% of disposable earnings or 10% of gross earnings. |

**III. Notice: You may be able to challenge this income execution through the procedures provided in CPLR% 5231 (i) and CPLR% 5240**

If you think that the amount of your income being deducted under this income execution exceeds the amount permitted by state or federal law, you should act promptly because the money will be applied to the judgment.
If you claim that the amount of your income being deducted under this income execution exceeds the amount permitted by state or federal law, you should contact your employer or other person paying your income. Further, YOU MAY CONSULT AN ATTORNEY, INCLUDING LEGAL AID IF YOU QUALIFY. New York State law provides two procedures through which an income execution can be challenged.

**CPLR % 5231 (i) Modification.** At any time, the judgment debtor may make a motion to a court for an order modifying an income execution.

**CPLR % 5240 Modification** or protective order: supervision of enforcement. At any time, the judgment debtor may make a motion to a court for an order denying, limiting, conditioning, regulating, extending or modifying the use of any post-judgment enforcement procedure. Including the use of income executions.
Endorsement:
Date and Time execution received:

Installments paid to _____ have satisfied the judgment to the extent of $_____

Principal and $_____ interest. _____  _____
                                              Levying officer                          County
Return to the judgment creditor or his attorney on _____ because of inability to

Find garnishee in the county.  _____  _____
                                        Levying officer                          County